AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

MOSHE MILSTEIN
JOHN J. OKON,

      Plaintiffs,

V.

FEDERAL BUREAU OF PRISONS, HARLEY
LAPPIN, J.M. KILLIAN, and GLENN A. FINE,

      Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

07 CV 7434

TO: (Name and address of defendant)

Bureau of Prisons, 320 First Street, NW, Washington, DC 20534
Harley Lappin, HOLC Building, 320 First Street, NW, Washington, DC 20534
J.M. Killian, Two Mile Drive, Otisville, New York 10963
Glenn A. Fine, 950 Pennsylvania Avenue, NW, Suite 4706, Washington, DC
20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Solomon N. Klein, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK MICHAEL McMAHON            DATE AUG 2 1 2007

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                                                    Signature of Server

                                                                          _____
                                                                          Address of Server

---

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AFFIDAVIT OF SERVICE BY FIRST CLASS CERTIFIED MAIL

STATE OF NEW YORK )
                  )
COUNTY OF NEW YORK )

Austin K. Wilkinson, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On August 21, 2007, I served the attached:

SUMMONS IN A CIVIL CASE, CIVIL COVER SHEET and

CLASS ACTION COMPLAINT on the following:

Office of the Attorney General
Government of the District of Columbia
One Judiciary Square
441 4th Street NW
Suite 1060N
Washington, DC 20001

Bureau of Prisons
320 First Street, NW,
Washington, D.C. 20534

Harley Lappin
HOLC Building
320 First Street N.W.
Washington, D.C.  20534

J.M. Killian
Two Mile Drive
Otisville, NY  10963

Glenn A. Fine
950 Pennsylvania Avenue N.W.
Suite 4706
Washington, DC  20530

3. I made such service by personally enclosing the aforementioned documents in properly addressed prepaid wrappers and depositing them into an official depository under the exclusive custody and care of the United States Postal Service within the State of New York by First Class Certified Mail Return Receipt Requested.

―――――――――――――――
Austin K. Wilkinson

Sworn to before me this
22nd day of August, 2007

―――――――――――――――
Notary Public

REBECCA McCARTHY
Notary Public, State of New York
No. 01MC6109653
Qualified in New York County
Commission Expires May 17, 2008

AFFIDAVIT OF SERVICE BY HAND

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

Austin K. Wilkinson, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On August 21, 2007, I served a true copy of the attached:

SUMMONS IN A CIVIL CASE, CIVIL COVER SHEET, and

CLASS ACTION COMPLAINT on the following:

**United States Attorney**
**United States Attorney's Office**
**One St. Andrew's Plaza**
New York, NY 10007

3. I made such service by personally delivering true copies of the aforementioned documents to the office at the above stated address.

_____
Austin K. Wilkinson

Sworn to before me this
2)nd day of August, 2007

_____
Notary Public

JASON J. ABREU
Notary Public, State of New York
No. 01AB6061957
Qualified in New York County
Commission Expires July 23, 2009

Doc#: NY6: 185617.1

JASON J. ABREU
Notary Public, State of New York
No. 01AB6061957
Qualified in New York County
Commission Expires July 23, 2009