AFFIDAVIT OF SERVICE BY FEDEX

STATE OF NEW YORK     )
                                          : ss.:
COUNTY OF NEW YORK  )

Jason Abreu, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On August 24, 2007, I personally served true copies of the foregoing: NOTICE OF MOTION FOR CLASS CERTIFICATION on the following:

Bureau of Prisons
320 First Street, NW,
Washington, SC 20535

Harley Lappin
HOLC Building
320 First Street, NW,
Washington, SC 20535

J.M. Killian
Two Mile Drive
Otisville, NY 10963

Glenn A. Fine
950 Pennsylvania Avenue, NW,
Suite 4706
Washington, DC

US Attorney's Office
One St. Andrews Plaza
New York, NY 10007

Office of the Attorney General
Government of the District of Columbia
One Judiciary Square
441 4th Street NW
Suite 1060N
Washington, DC 20001

3. I made such service by personally enclosing true copies of the aforementioned documents in properly addressed pre-paid wrappers and delivering them to a Federal Express office for Priority Overnight delivery.

_____
Jason Abreu

Sworn to before me this
24th day of August 2007

_____
Notary Public

REBECCA McCARTHY
Notary Public, State of New York
No. 01MC6109653
Qualified in New York County
Commission Expires May 17, 2008