AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Leana Loncarevic, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On August 28, 2007, I served true copies of the attached: MEMO ENDORSED ON AUGUST 27, 2007 on the following:

Harley Lappin
HOLC Building
320 First Street, NW
Washington, DC 20534

Glenn A. Fine
950 Pennsylvania Avenue NW
Suite 4706
Washington, DC 20530

J.M. Killian
FCI Otisville
Two Mile Drive
Otisville, NY 10963

Bureau of Prisons
320 First Street, NW
Washington DC 20534

United States Attorney
United States Attorney's Office
One St. Andrew's Plaza
New York, NY 10007

3. I made such service by placing true copies of the aforementioned document in properly addressed prepaid wrappers and delivering them to a Federal Express office for Priority Overnight Delivery.

_____
Leana Loncarevic

Sworn to before me this

28th day of August, 2007

_____
Notary Public

REBECCA McCARTHY
Notary Public, State of New York
No. 01MC6109653
Qualified in New York County
Commission Expires May 17, 2008

AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

Austin K. Wilkinson, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On August 28, 2007, I served a true copies of the attached:

MEMO ENDORSED dated August 27, 2007, on the following:

> Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

3. I made such service by placing a true copy of the aforementioned document in a properly addressed prepaid wrapper and delivering it to a Federal Express office for Priority Overnight Delivery.

Austin K. Wilkinson

Sworn to before me this
28th day of August, 2007

Notary Public

RICARDO ENRIQUE NOSSA
Notary Public, State of New York
No. 01NO6109998
Qualified in Nassau County
Commission Expires May 24, 2008

Doc#: NY6: 185617.1