## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK    )
                             )   ss.:
COUNTY OF NEW YORK  )

Austin K. Wilkinson, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On August 28, 2007, I served true copies of the attached:

CLASS ACTION COMPLAINT, NOTICE OF MOTION FOR CLASS CERTIFICATION and Letter from Solomon N. Klein to the Honorable Laura T. Swain, dated August 24, 2007, on the following:

**Attorney General**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530-0001**

3. I made such service by placing true copirs of the aforementioned documents in a properly addressed prepaid wrapper and delivering it to a Federal Express office for Priority Overnight Delivery.

Austin K. Wilkinson

Sworn to before me this
2 8th day of August, 2007

Notary Public

RICARDO ENRIQUE NOSSA
Notary Public, State of New York
No. 01NO6109998
Qualified in Nassau County
Commission Expires May 24, 2008

Doc#: NY6: 185617.1