AFFIDAVIT OF SERVICE BY FIRST CLASS CERTIFIED MAIL

STATE OF NEW YORK       )
                        )     ss.:
COUNTY OF NEW YORK   )

Austin K. Wilkinson, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On September 18, 2007, I served true copies of the attached SUMMONS IN A CIVIL CASE, CIVIL COVER SHEET and CLASS ACTION COMPLAINT on the following:

**Attorney General**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530-0001**

3. I made such service by placing true copies of the aforementioned documents in a properly addressed prepaid wrapper and depositing it into an official depository under the exclusive custody and care of the United States Postal Service within the State of New York by First Class Certified Mail.

Austin K. Wilkinson

Sworn to before me this
18th day of September, 2007

Notary Public

LUKE DEPALMA
Notary Public, State of New York
No. 01DE6118833
Qualified in New York County
Commission Expires Nov. 22, 2008

Doc#: NY6: 185617.1