MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: BRIAN M. FELDMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2777
Facsimile: (212) 637-2717

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 6 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MOSHE MILSTEIN and JOHN J. OKON,

                Plaintiffs,

                v.

FEDERAL BUREAU OF PRISONS, HARLEY
LAPPIN, as Director of the Federal Bureau of
Prisons, J.M. KILLIAN, as Warden, Federal Prison
Camp at Otisville, New York, and GLENN A.
FINE, as Inspector General for the Department of
Justice,

                Defendants.
------------------------------------------------------------ x

ECF Case

07 Civ. 7434 (LTS) (FM)

**STIPULATION AND ORDER**

    WHEREAS, on or about August 21, 2007, Plaintiffs Moshe Milstein and John J. Okon (collectively, "Plaintiffs") filed, and thereafter served, a complaint (the "Complaint") in the above-referenced action against defendants Federal Bureau of Prisons, Harley Lappin, J. M. Killian, and Glenn A. Fine (collectively, "Defendants");

    WHEREAS, pursuant to a previous stipulation, Defendants' response to the Complaint is due on November 5, 2007;

    WHEREAS, Plaintiffs and Defendants agree that an additional extension of time to respond to the Complaint is in the interest of all parties;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs and Defendants, by their respective counsel, as follows:

1. The time in which Defendants may serve a response to the Complaint is extended until November 19, 2007; and

2. The parties understand and agree that this stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York  
November 2, 2007

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP  
Attorneys for Plaintiffs

By: _____  
SOLOMON N. KLEIN  
1285 Avenue of the Americas  
New York, New York 10019-6064  
Telephone No. (212) 373-3564  
Facsimile No. (212) 492-0564

Dated: New York, New York  
November 2, 2007

MICHAEL J. GARCIA  
United States Attorney for the  
Southern District of New York  
Attorney for Defendants

By: _____  
BRIAN M. FELDMAN  
80 Chambers Street, Third Floor  
New York, New York 10007  
Telephone No. (212) 637-2777  
Facsimile No. (212) 637-2717

So Ordered:

_____ 11/5/07