Swain/J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 27 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOSHE MILSTEIN and
JOHN J. OKON,

        Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN, as Director of the
Federal Bureau of Prisons, J.M. KILLIAN,
as Warden, Federal Prison Camp at
Otisville, New York, and GLENN A.
FINE, as Inspector General for the
Department of Justice,

        Defendants.

Case No. 07-Civ-7434 (LTS) (FM)

### STIPULATION AND [PROPOSED] ORDER
### OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, Plaintiffs filed a complaint in the above-captioned matter, styled as a class action, in response to the removal of certain religious materials from chapel libraries at federal prisons governed by Defendant Federal Bureau of Prisons (the "BOP");

WHEREAS, the removal of these religious materials was pursuant to a policy known as the Standardized Chapel Library Project ("SCLP");

WHEREAS, the SCLP is no longer in effect at BOP institutions;

WHEREAS, the BOP has directed its institutions to return the removed religious materials, and the institutions having confirmed compliance thereto;

WHEREAS, the parties dispute the propriety of class certification in this matter, and no class has been certified pursuant to Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, this Stipulation contains the entire agreement between the parties and that there are no other formal or informal agreements between the parties,

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel, that, pursuant to Rules 23(e)(2) and 41(a)(2) of the Federal Rules of Civil Procedure, this action shall be and hereby is dismissed without prejudice, all parties to bear their own costs.

Dated: New York, New York
       November 21, 2007

>                    PAUL, WEISS, RIFKIND, WHARTON &
>                    GARRISON LLP
>
>                    By: _____
>                    Moses Silverman
>                    Solomon N. Klein
>                    1285 Avenue of the Americas
>                    New York, New York 10019-6064
>                    (212) 373-3000
>                    *Attorneys for Plaintiffs*

2

MICHAEL GARCIA
UNITED STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF NEW YORK

By: /s/ Brian M. Feldman
Brian M. Feldman
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2777
*Attorneys for Defendants*

SO ORDERED:

Dated:   New York, New York
         November 26, 2007

/s/ Laura Taylor Swain
The Honorable Laura Taylor Swain
United States District Judge

3