**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

| | |
|---|---|
| 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10019-6064<br>TELEPHONE (212) 373-3000<br>FACSIMILE (212) 757-3990<br><br>LLOYD K. GARRISON (1946-1991)<br>RANDOLPH E. PAUL (1946-1956)<br>SIMON H. RIFKIND (1950-1995)<br>LOUIS S. WEISS (1927-1950)<br>JOHN F. WHARTON (1927-1977) | 1615 L STREET, NW<br>WASHINGTON, DC 20036-5694<br>TELEPHONE (202) 223-7300<br>FACSIMILE (202) 223-7420<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (81-3) 3597-8101<br>FACSIMILE (81-3) 3597-8120<br><br>UNIT 3601, FORTUNE PLAZA OFFICE TOWER A<br>NO. 7 DONGSANHUAN ZHONGLU<br>CHAO YANG DISTRICT<br>BEIJING 100020<br>PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828-6300<br>FACSIMILE (86-10) 6530-9070/9080<br><br>12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2536-9933<br>FACSIMILE (852) 2536-9622<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, U.K.<br>TELEPHONE (44 20) 7367 1600<br>FACSIMILE (44 20) 7367 1650 |

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: DEC 0 7 2007]

WRITER'S DIRECT DIAL NUMBER
212-373-3564

WRITER'S DIRECT FACSIMILE
212-492-0564

WRITER'S DIRECT E-MAIL ADDRESS
sklein@paulweiss.com

[Partners list: MATTHEW W. ABBOTT, MARK H. ALCOTT, ALLAN J. ARFFA, ROBERT A. ATKINS, JOHN F. BAUGHMAN, LYNN B. BAYARD, DANIEL J. BELLER, MITCHELL L. BERG, MARK S. BERGMAN, BRUCE BIRENBOIM, H. CHRISTOPHER BOEHNING, ANGELO BONVINO, RICHARD S. BORISOFF, HENK BRANDS, JOHN F. BREGLIO, JAMES L. BROCHIN, RICHARD J. BRONSTEIN, PATRICK S. CAMPBELL*, JEANETTE K. CHAN, YVONNE Y. F. CHAN, DOUGLAS A. CIFU, LEWIS R. CLAYTON, JAY COHEN, KELLEY A. CORNISH, CHARLES E. DAVIDOW, DOUGLAS R. DAVIS, THOMAS V. DE LA BASTIDE III, ARIEL J. DECKELBAUM, JAMES M. DUBIN, LESLIE GORDON FAGEN, MARC FALCONE, PETER L. FELCHER, PETER E. FISCH, ROBERT C. FLEDER, MARTIN FLUMENBAUM, ANDREW J. FOLEY, HARRIS B. FREIDUS, KENNETH A. GALLO*, MICHAEL E. GERTZMAN, PAUL D. GINSBERG, ERIC S. GOLDSTEIN, ERIC GOODISON, CHARLES H. GOOGE, JR., ANDREW G. GORDON, BRUCE A. GUTENPLAN, GAINES GWATHMEY, III, ALAN S. HALPERIN, CLAUDIA HAMMERMAN, GERARD E. HARPER, BRIAN S. HERMANN, ROBERT M. HIRSH, MICHELE HIRSHMAN, JOYCE S. HUANG, JEH CHARLES JOHNSON, MEREDITH J KANE, ROBERTA A. KAPLAN, BRAD S KARP, JOHN C. KENNEDY, ALAN W. KORNBERG, DANIEL J. KRAMER, DAVID K. LAKHDHIR, JOHN E. LANGE, DANIEL J. LEFFELL, JEFFREY D. MARELL, JULIA TARVER MASON, MARCO V. MASOTTI, EDWIN S. MAYNARD, DAVID W. MAYO, TOBY S. MYERSON, JOHN E. NATHAN, CATHERINE NYARADY, ALEX YOUNG K. OH, JOHN J. O'NEIL, KELLEY D. PARKER, ROBERT P. PARKER*, MARC E. PERLMUTTER, MARK F. POMERANTZ, VALERIE E. RADWANER, CAREY R. RAMOS, CARL L. REISNER, WALTER RIEMAN, RICHARD A. ROSEN, ANDREW N. ROSENBERG, STEVEN B. ROSENFELD, PETER J. ROTHENBERG, RAPHAEL M. RUSSO, JEFFREY D. SAFERSTEIN, JEFFREY B. SAMUELS, DALE M. SARRO, TERRY E. SCHIMEK, KENNETH M. SCHNEIDER, ROBERT B. SCHUMER, JAMES H. SCHWAB, STEPHEN J. SHIMSHAK, DAVID R. SICULAR, MOSES SILVERMAN, STEVEN SIMKIN, JOSEPH J. SIMONS, MARILYN SOBEL, TARUN M. STEWART, ERIC ALAN STONE, AIDAN SYNNOTT, ROBYN F. TARNOFSKY, JUDITH R. THOYER, DANIEL J. TOAL, MARK A. UNDERBERG, LIZA M. VELAZQUEZ, MARIA T. VULLO, LAWRENCE G. WEE, THEODORE V. WELLS, JR., JORDAN E. YARETT, KAYE N. YOSHINO, ALFRED D. YOUNGWOOD, TONG YU, T. ROBERT ZOCHOWSKI, JR.<br>*NOT ADMITTED TO NEW YORK BAR]

**MEMO ENDORSED**

December 3, 2007


[DEC 04 2007]

**By Hand Delivery**

Hon. Laura T. Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

*Milstein v. Federal Bureau of Prisons*, 07-Civ-7434 (LTS) (FM)

Dear Judge Swain:

      On November 21, 2007, we filed on behalf of Plaintiffs a cover letter enclosing the Stipulation and [Proposed] Order of Dismissal Without Prejudice, which was subsequently endorsed by the Court. In accordance with the Court's practices, the cover letter was hand delivered to the Court, but was not electronically filed.

      Given that the cover letter (copy enclosed) addressed issues relating to the case and may be of public interest, we respectfully request that it be part of the record and included in the electronic docket. Defendants consent to this request.

*The request is granted. The Clerk is requested to scan and post the letter on the electronic docket.*
*SO ORDERED.*
*12/5/07*
**LAURA TAYLOR SWAIN U.S.D.J.**

Respectfully submitted,

Solomon N. Klein

[USM5W SDNY stamp]

Enclosure

cc:   AUSA Brian Feldman